05/03/2007 THU 12:24 FAX 1 630 577 <032 Wyndham Lisle    Case 3:07-cv-02399-SC    Document 3    Filed 05/03/2007    Page 1 of 3 @002/004

MAY.03.2007 09:09 6306473864                    OFFICEMAX                    #1636 P.002 /005

FILED

2007 MAY -3 PM 12: 25

1 | WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
2 | PERKINS COIE LLP
1620 26th Street
3 | Sixth Floor, South Tower
Santa Monica, CA 90404-4013
4 | Telephone: 310.788.9900
Facsimile: 310.788.3399

5

Attorneys for Defendants
6 | OFFICEMAX INCORPORATED, a Delaware
corporation and OFFICEMAX NORTH AMERICA,
7. | INC., an Ohio corporation

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA    A D R

10

11

WILLIAM MINTER, JR., individually    Case No. C07-02399
12 | and on behalf of all those similarly
situated,
13
                Plaintiff,    DECLARATION OF KRISTINE
14 |                          ALTHER IN SUPPORT OF
                             DEFENDANTS' NOTICE OF
    v.                        REMOVAL
15
OFFICEMAX, INC., a Delaware
16 | corporation; OFFICEMAX, INC. fka
BOISE CASCADE CORPORATION, a
17 | Delaware corporation; BOISE OFFICE
SOLUTIONS, corporate form unknown;
18 | and, DOES 1 through 500, inclusive.

19                Defendants.

20

21        I, Kristine Alther, hereby declare and state as follows:

22        1.    I am employed by OfficeMax Incorporated ("OfficeMax") as the Director,

23 | Human Resources Information Systems. I have performed that job for almost two years;

24 | the position was formerly entitled Manager, Human Resources Information Systems. In

25 | that role, my responsibilities include overseeing access to and maintenance of

26 | OfficeMax's personnel data. Additionally, I oversee employees with the ability to run

27 | reports compiling employee personnel data, including dates of employment, title, and

28

05/03/2007 THU 12:26 FAX 1 630 577 5032 Wyndham Lisle       Case 3:07-cv-02399-SC    Document 3    Filed 05/03/2007    Page 2 of 3  ☑003/004

MAY.03.2007 09:09 6306473864                                   OFFICEMAX                                      #1636 P.003 /005

1   wage rate. This declaration is based on my experience, my personal knowledge,

2   OfficeMax's business records kept in the ordinary course of business, and personnel data

3   reports prepared by associates in my department.

4       2.    OfficeMax operates retail stores through its subsidiary OfficeMax

5   North America, Inc. OfficeMax North America, Inc. employs both part time and full time

6   California employees at its retail stores. This declaration provides data for OfficeMax

7   North America, Inc.'s full time employees in California.

8

9       3.    In addition, OfficeMax operates distribution centers and cross docks in

10  California for its contract stationer business. OfficeMax employs both part time and full

11  time employees at its distribution centers and cross docks. This declaration does not

12  provide data for the full or part time employees of OfficeMax's contract stationer

13  business.

14      4.    The number of non-exempt full-time employees employed by OfficeMax

15  North America, Inc. in its California retails stores during all or some of these relevant

16  periods is:

17      March 21, 2003-March 21, 2004: **1030**

18      March 21, 2004-March 21, 2005: **1053**

19

20      March 21, 2005-March 21, 2006: **1068**

21      March 21, 2006-March 21, 2007: **1024**

22      5.    Based on employee pay data that I have reviewed, the average weighted

23  hourly wage (based on the number of non-exempt employees in each job classification)

24  for full-time employees in the California retail stores during these relevant periods was

25  approximately as follows:[1]

26  _____

27  [1] These calculations are based on (1) multiplying the number of employees in each job
    classification times the average hourly wage for that job classification; (2) adding the hourly rates
    multiplied by the number of employees in each category together across job classifications; and
28  (3) dividing that total by the total number of employees.

57187-0042/LEGAL13200348.3                    -2-                    DECL. IN SUPPORT OF NOTICE OF
                                                                                    REMOVAL

05/03/2007 THU 12:26  FAX 1 630 577 6032 Wyndham Lisle                                  @004/004

MAY.03.2007 09:10 6306473864                    OFFICEMAX                    #1636 P.004 /005

1    March 21, 2003-March 21, 2004: **$12.85**

2    March 21, 2004-March 21, 2005: **$13.23**

3

4    March 21, 2005-March 21, 2006: **$13.25**

5    March 21, 2006-March 21, 2007: **$13.45**

6    6.    Full-time non-exempt employees separated from employment (voluntarily

7    or involuntarily) with OfficeMax North America, Inc. at the company's California retails

8    stores as follows:

9    March 21, 2003-March 21, 2004: **256**

10

11   March 21, 2004-March 21, 2005: **292**

12   March 21, 2005-March 21, 2006: **347**

13   March 21, 2006-March 21, 2007: **332**

14   7.    At all relevant times, the pay period for employees at OfficeMax North

15   America, Inc.'s retail stores in California was every two weeks.

16

17

18   I declare under penalty of perjury under the laws of the States of Illinois and

19   California and the United States that the foregoing is true and correct.

20   Signed at _Naperville_____, Illinois, this _3rd_day of May, 2007.

21

22                                        _Kristine alther_

23                                        KRISTINE ALTHER

24

25

26

27

28

57187-0042/LEGAL13200343.3                    -3-              DECL. IN SUPPORT OF NOTICE OF
                                                                         REMOVAL