1 | WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
2 | PERKINS COIE LLP
1620 26th Street
3 | Sixth Floor, South Tower
Santa Monica, CA 90404-4013
4 | Telephone: 310.788.9900
Facsimile: 310.788.3399

FILED

2007 MAY -3 PM 12: 25

Attorneys for Defendants
OFFICEMAX INCORPORATED, a Delaware
corporation and OFFICEMAX NORTH AMERICA,
INC., an Ohio corporation

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,

Plaintiff,

v.

OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,

Defendants.

Case No. C07-02399

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

[FRCP 7.1 and Local Rule 3-16]

Defendants OfficeMax Incorporated, a Delaware Corporation, and OfficeMax North America, Inc., an Ohio corporation, by and through their counsel of record, Perkins Coie LLP, hereby certify pursuant to Fed. R. Civ. P. 7.1(a) and this Court's Local Rule 3-16, that the following identified individuals and/or companies may have a financial or pecuniary interest in the outcome of this case:

1. OfficeMax Incorporated is a Delaware corporation with its principal place of business in Illinois. Its shares are publicly traded on the New York Stock Exchange. To the best of Defendants' knowledge, no individual or publicly-held corporation owns

LEGAL13194516.1

CERT. OF INTERESTED ENTITIES
[FRCP 7.1 AND LOCAL RULE 3-16]

1. 10% or more of OfficeMax Incorporated's common stock, with the following exceptions: (1) FMR Corp. and Edward C. Johnson III have declared that they are the beneficial owner, in the aggregate, of 10% or more of OfficeMax Incorporated's common stock through their respective control of (i) Fidelity Management & Research Company, (ii) Fidelity Management Trust Company, (iii) Strategic Advisers, Inc., (iv) Pyramis Global Advisors, LLC, (v) Pyramis Global Advisors Trust Company, and (vi) Fidelity International Limited; and (2) the following entities have declared that they are the beneficial owner, in the aggregate, of 10% or more of OfficeMax Incorporated's common stock: (i) Barclays Global Investors, NA, (ii) Barclays Global Fund Advisors, (iii) Barclays Global Investors, Ltd., (iv) Barclays Global Investors Japan Trust And Banking Company Limited, and (v) Barclays Global Investors Japan Limited. The only current subsidiary or affiliate of OfficeMax Incorporated whose stock is publicly held is Cuban Electric Company, a Florida corporation;

2. OfficeMax North America, Inc. is an Ohio corporation with its principal place of business located in Illinois. It is a wholly-owned subsidiary of OfficeMax Incorporated; and

3. Plaintiff, William Minter, Jr.

DATED: May __, 2007

**PERKINS COIE LLP**

By: _____
William P. Kannow

OFFICEMAX INCORPORATED, a Delaware corporation and OFFICEMAX NORTH AMERICA, INC., an Ohio corporation