1  WILLIAM P. KANNOW, Bar No. 71409
   wkannow@perkinscoie.com
2  PERKINS COIE LLP
   1620 26th Street
3  Sixth Floor, South Tower
   Santa Monica, CA 90404-4013
4  Telephone: 310.788.9900
   Facsimile: 310.788.3399
5
   Attorneys for Defendants
6  OFFICEMAX INCORPORATED, a Delaware
   corporation and OFFICEMAX NORTH AMERICA,
7  INC., an Ohio corporation



8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11 | WILLIAM MINTER, JR., individually         | Case No. C07-02399
12 | and on behalf of all those similarly      |
   | situated,                                 | NOTICE OF RELATED CASES
13 |                                           |
   |           Plaintiff,                      | [Local Rule 3-12]
14 |                                           |
   |       v.                                  |
15 |                                           |
   | OFFICEMAX, INC., a Delaware               |
16 | corporation; OFFICEMAX, INC. fka          |
   | BOISE CASCADE CORPORATION, a              |
17 | Delaware corporation; BOISE OFFICE        |
   | SOLUTIONS, corporate form unknown;        |
18 | and, DOES 1 through 500, inclusive,       |
19 |           Defendants.                     |

20
21  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

22       In accordance with the provisions of the Court's Local Rule 3-12, Defendants,
23  OfficeMax Incorporated, a Delaware corporation and OfficeMax North America, Inc., an
24  Ohio corporation, hereby state that they are unaware of any related cases that have been
25  filed in or removed to the Northern District of California. However, Defendants are aware
26  of a related case previously removed to the United States District Court for the Central
27  District of California, entitled, "Mauricio Gonzalez, etc., et al. v. OfficeMax North
28

57187-0042/LEGAL13198942.1                                          NOTICE OF RELATED CASES

1  *America, Inc.*," and bearing Case No.: SACV07-452 JVS (MLGx). Defendants will
2  shortly be filing their Notice of Pendency pursuant to Local Rule 3-13.

4  DATED: May 2, 2007

PERKINS COIE LLP

By: /s/ William Kannow
William P. Kannow

Attorneys for Defendants
OFFICEMAX INCORPORATED, a
Delaware corporation and OFFICEMAX
NORTH AMERICA, INC., an Ohio
corporation