1 | WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
2 | PERKINS COIE LLP
1620 26th Street
3 | Sixth Floor, South Tower
Santa Monica, CA 90404-4013
4 | Telephone: 310.788.9900
Facsimile: 310.788.3399
5
Attorneys for Defendants
6 | OFFICEMAX INCORPORATED, a Delaware
corporation and OFFICEMAX NORTH AMERICA,
7 | INC., an Ohio corporation

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated, | Case No. C07-02399 BZ |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| v. | |
| OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, | |
| Defendants. | |

Helen E. Mays certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1620 26th Street, Suite 600 South Tower, Santa Monica, California 90404, which is located in the city, county, and state where the mailing described below took place.

On May 3, 2007 I deposited in the United States Mail at Santa Monica, California, to the party listed below, a copy of the Defendants' Notice to Adverse Party of Removal to

LEGAL13201493.1

Certificate of Service of Ntc To Adverse
Party Of Removal To Federal Court
Case No. C07-02399 BZ

1  Federal Court dated May 3, 2007, a copy of which is attached to this certificate (without
2  exhibits):

**Attorney for Plaintiff:**
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2007

*[signature]*
Helen E. Mays

# EXHIBIT "A"

99999-6208/LEGAL12994309.1

| | |
|---|---|
| 1 | WILLIAM P. KANNOW, Bar No. 71409 |
| | wkannow@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1620 26th Street |
| 3 | Sixth Floor, South Tower |
| | Santa Monica, CA 90404-4013 |
| 4 | Telephone: 310.788.9900 |
| | Facsimile: 310.788.3399 |
| 5 | |
| 6 | Attorneys for Defendants |
| | OFFICEMAX INCORPORATED and |
| 7 | OFFICEMAX NORTH AMERICA, INC. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, <br><br> Defendants. | Case No. RG 07316793 <br><br> DEFENDANTS' NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 3, 2007, and after filing its Answer to the Plaintiff's Complaint, OfficeMax Incorporated and OfficeMax North America, Inc., defendants in the above-referenced matter, filed a Notice of Removal of such action with the Clerk of the United States District Court for the Northern District of California. A

1  true and correct copy of the Notice of Removal (without exhibits) is attached hereto as
2  Exhibit "A."
3       PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the
4  filing of the Notice of Removal in the United States District Court, together with the filing
5  of this Notice with this Court, effects the removal of this action and, therefore, this Court
6  may proceed no further with this action unless and until the action is remanded.
7
8  DATED: May 3, 2007                    PERKINS COIE LLP
9
10                                            By: _____
11                                               William P. Kannow
12
                                        Attorneys for Defendants
                                        OFFICEMAX INCORPORATED and
                                        OFFICEMAX NORTH AMERICA, INC.

## PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 3, 2007, I served a true copy of **DEFENDANTS' NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**Attorney for Plaintiffs:**

James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691
Tel: 949-367-8590; Fax: 949-367-8597

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on May 3, 2007, at Santa Monica, California.

*Helen E. Mays*
Helen E. Mays

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 4, 2007, I served a true copy of Certificate of Service of Defendant's Notice to Adverse Party of Removal to Federal Court on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**Attorney for Plaintiff:**
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on May 4, 20076, at Santa Monica, California.

_Helen E. Mays_
Helen E. Mays