1  WILLIAM P. KANNOW, Bar No. 71409
   wkannow@perkinscoie.com
2  PERKINS COIE LLP
   1620 26th Street
3  Sixth Floor, South Tower
   Santa Monica, CA 90404-4013
4  Telephone: 310.788.9900
   Facsimile: 310.788.3399
5
   Attorneys for Defendants
6  OFFICEMAX INCORPORATED, a Delaware
   corporation and OFFICEMAX NORTH AMERICA,
7  INC., an Ohio corporation
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. C07-02399 BZ<br><br>PROOF OF SERVICE OF COURT SUPPLIED DOCUMENTS |

## PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 4, 2007, I served a true copy of the following court supplied documents:

1. United States District Court Welcome letter;

2. Notice of Assignment of Case to a United States Magistrate Judge for Trial;

3. Blank form – Consent to Proceed Before a United States Magistrate Judge;

4. Blank form – Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; and

5. Order Setting Initial Case Management Conference and ADR Deadlines

on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**Attorney for Plaintiff:**
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct; that I am employed in the
3  office of a member of the Bar of this Court at whose direction this service was made; and
4  that this Proof of Service was executed on May 4, 20076, at Santa Monica, California.

*Helen E. Mays*
Helen E. Mays