1  WILLIAM P. KANNOW, Bar No. 71409
2  wkannow@perkinscoie.com
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013
5  Telephone: 310.788.9900
   Facsimile: 310.788.3399
6
7  Attorneys for Defendants,
   OFFICEMAX INCORPORATED, a Delaware
8  corporation and OFFICEMAX NORTH AMERICA,
   INC., an Ohio corporation
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>                Defendants. | Case No. C07-02399 BZ<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
|---|---|

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRAE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of

//

//

//

---

57187-0042/LEGAL13216379.1

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
Case No. C07-02399 BZ

1  a final judgment. Appeal from the judgment shall be taken directly to the United States
2  Court of Appeals for the Ninth Circuit.
3  DATED: May 7, 2007

PERKINS COIE LLP

By: _____
William P. Kannow
Attorneys for Defendants
OFFICEMAX INCORPORATED and
OFFICEMAX NORTH AMERICA, INC.

---

57187-0042/LEGAL13216379.1           -2-           CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
Case No. C07-02399 BZ

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 7, 2007, I served a true copy of CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**Attorney for Plaintiff:**
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on May 7, 2007, at Santa Monica, California.

Helen E. Mays

57187-0042/LEGAL13216379.1 -3- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. C07-02399 BZ