James A. Krutcik, Esq. (SBN 140550)
A. Nicholas Georggin, Esq. (SBN 170925)
Steven D. Sperling, Esq. (SBN 188709)
**KRUTCIK & GEORGGIN**
26021 Acero
Mission Viejo, CA 92691
(949) 367-8590;   (949) 367-8597 FAX

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually; and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION., a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO. C 07-02399 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 10, 2007                    **KRUTCIK & GEORGGIN**

By _/s/ A. Nicholas Georggin_____
A. Nicholas Georggin, Esq.
Attorneys for PLAINTIFF

---
1

PLD2. Declination re Mag Judge.wpd                    Declination to Proceed Before Magistrate Judge