1  WILLIAM P. KANNOW, Bar No. 71409
   wkannow@perkinscoie.com
2  PERKINS COIE LLP
   1620 26th Street
3  Sixth Floor, South Tower
   Santa Monica, CA 90404-4013
4  Telephone: 310.788.9900
   Facsimile: 310.788.3399
5
   Attorneys for Defendants
6  OFFICEMAX INCORPORATED, a Delaware
   corporation, and OFFICEMAX NORTH AMERICA,
7  INC., an Ohio corporation

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   | WILLIAM MINTER, JR., individually and on behalf of all those similarly situated, | Case No. C07-02399 BZ |
   |---|---|
   | Plaintiff, | NOTICE OF MOTION AND MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION) PURSUANT TO 28 U.S.C. 1404(a) |
   | v. | DATE:  June 20, 2007<br>TIME:  10:00 a.m.<br>CTRM:  G |
   | OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, | |
   | Defendants. | |

20
21  TO THIS HONORABLE COURT AND TO PLAINTIFF, AND HIS ATTORNEYS OF
22  RECORD HEREIN:
23
       PLEASE TAKE NOTICE that on June 20, 2007, at 10:00 a.m., or as soon
24
   thereafter as the matter may be heard, in Courtroom G of the above-entitled court, located
25
   at 450 Golden Gate Avenue, San Francisco, California, the Defendants, OfficeMax
26
   Incorporated and OfficeMax North America, Inc. (hereinafter collectively "OfficeMax" or
27
   "Defendants") will, and do hereby, move the court for an Order transferring this action –
28

---

LEGAL13230036.1

Notice Of Motion And Motion To Transfer
Action To Central (Southern Dist.)
Case No. C07-03299 BZ

1  pursuant to Title 28 U.S.C. 1404(a) – to the United States District Court for the Central
2  District (Southern Division) of California.
3     This Motion will be based on this Notice, the following Memorandum of Fact and
4  Law and upon the supporting Declarations of Kathy Powell and William P. Kannow in
5  that the convenience of the parties and witnesses, and the interests of justice, compel the
6  transfer of this case to the Central District.  Specifically, the named Plaintiff (and his
7  counsel) reside and work within said District; all known percipient witnesses (other than
8  from outside California) reside and work in said District; the situs of relevant
9  documentary evidence (other than that located outside California) is to be found within
10 said District; Defendants maintain local and regional offices within said District;
11 Defendants' counsel works and resides within said District; and a substantially similar (if
12 not identical) previously filed putative class action case is currently pending within said
13 District.

DATED:  May 10, 2007

**PERKINS COIE LLP**

By: /s/ William P. Kannow
   William P. Kannow
Attorneys for Defendants
OFFICEMAX INCORPORATED and
OFFICEMAX NORTH AMERICA, INC.

LEGAL13230036.1          -2-          Notice Of Motion And Motion To Transfer
                                       Action To Central (Southern Dist.)
                                       Case No. C07-03299 BZ