WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
OFFICEMAX INCORPORATED, a Delaware corporation, and OFFICEMAX NORTH AMERICA, INC., an Ohio corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. C07-02399 BZ<br><br>DECLARATION OF KATHY POWELL IN SUPPORT OF MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION) PURSUANT TO 28 U.S.C. 1404(a)<br><br>DATE:     June 20, 2007<br>TIME:     10:00 a.m.<br>CTRM:    G |

DECLARATION OF KATHY POWELL

I, Kathy Powell, hereby declare and affirm as follows:

1.  I work for OfficeMax Incorporated ("OffceMax") as the Field Human Resources Manager for the southern California market, and in that position cover <u>both</u> of the stores at which the plaintiff in this action, William Minter, worked (and works), as well as all of the stores in the southern California market. I am based in Orange County out of the OfficeMax Distribution Center in Garden Grove, California. I also reside in Orange County. I have worked for OfficeMax since March 6, 1996. This declaration is

1  based on my personal knowledge, as well as OfficeMax business records maintained in
2  the ordinary course of its business and personnel data reports produced by OfficeMax
3  personnel, which I have reviewed.
4      2.    Mr. Minter was hired by OfficeMax on July 15, 2004 at store #625, located
5  at 3665 Pacific Coast Highway, Torrance, CA 90505. Mr. Minter voluntarily separated
6  from OfficeMax on February 5, 2005, and was rehired on May 19, 2006 at store #628,
7  located in Orange County at 16272 Beach Boulevard, Huntington Beach, California
8  92647. Mr. Minter still works for OfficeMax at that location. At all times during his
9  employment with OfficeMax, Mr. Minter worked in southern California.
10     3.    According to OfficeMax's personnel records, Mr. Minter's last known home
11 address is located in the Los Angeles County, California.
12     4.    The evidence and witnesses relevant to this lawsuit will be generated, in
13 large measure, from the stores at which Mr. Minter worked (and still works), and from the
14 management and human resource divisions of OfficeMax that were responsible for the
15 oversight of those stores—all located in southern California.
16     5.    I have relevant knowledge of OfficeMax's wage payment, time recording,
17 rest break, and meal period policies. Employees can and do come to me with concerns
18 and complaints. I investigate employee complaints where necessary. I keep notes and
19 files regarding my investigations at my office in Garden Grove, California.
20     6.    Employees' personnel files are kept at each employee's individual store
21 (with the exception of management employees' personnel files which are kept at the
22 Territory Human Resources office, which for the southern California market is in Garden
23 Grove, California) until those files are transferred to OfficeMax's headquarters in
24 Naperville, Illinois following an employee's termination.
25     7.    According to OfficeMax's policies and procedures, individual employees'
26 time and attendance records are to be maintained and available at each employee's store.
27 The current system for processing and maintaining time and attendance records has been
28

LEGAL13228718.1                    -2-          Declaration of Kathy Powell in Support of
                                                Motion to Transfer
                                                Case No. 07-02399

1  in place since approximately July 2004. Records maintained by the payroll department
2  are maintained at OfficeMax's headquarters in Naperville, Illinois.

3      8.    The store managers, assistant store managers, and/or supervisors at
4  Mr. Minter's stores will have relevant information regarding each store's staffing needs;
5  the implementation of OfficeMax's wage, overtime, and rest and meal period policies;
6  and/or Mr. Minter's individual work experiences at OfficeMax.

7      9.    At Mr. Minter's first store, store #625, between July 15, 2004 and
8  February 6, 2005, the Store Manager was Anthony Jonas. Mr. Jonas is no longer
9  employed by OfficeMax, but his last known address was in southern California.

10      10.    At Mr. Minter's first store (store #625) between July 15, 2004 and February
11  6, 2005, Mr. Minter's Assistant Store Manager of Sales was Jesse Bustamante. On May 9,
12  2005, Mr. Bustamante became and remains the Store Manager at store #628, Mr. Minter's
13  current store, located in Orange County, California.

14      11.    At Mr. Minter's first store (store #625) between July 15, 2004 and February
15  6, 2005, the Assistant Store Manager for Logistics was Raymond Wright. Mr. Wright
16  separated from OfficeMax on or about April 28, 2006, but his last known address was in
17  southern California.

18      12.    During the majority of the time that Mr. Minter was employed at store #625,
19  the Copymax Manager was Sean Ramsden. Mr. Ramsden separated from OfficeMax on
20  or about March 25, 2007, but his last known address was in southern California. The
21  remaining portion of the time that Mr. Minter was employed at store #625, the Copymax
22  Manager was Nataka Spencer. Mr. Spencer separated from OfficeMax on or about
23  September 16, 2004, but his last known address was in southern California.

24      13.    During portions of the time that Mr. Minter was employed at store #625,
25  approximately seven other supervisors were also employed there, five of whom are still
26  employed by OfficeMax in southern California. For the remaining two supervisors who
27  are no longer employed by OfficeMax, their last known addresses were in southern
28

LEGAL13228718.1    -3-    Declaration of Kathy Powell in Support of Motion to Transfer
Case No. 07-02399

1  California. During Mr. Minter's employment at store #625, approximately 37 employees
2  also worked at that store in non-supervisory or non-managerial positions.

3      14.    During the entire time that Mr. Minter has worked at his current store, store
4  #628, his Store Manager has been Jesse Bustamante. Mr. Bustamante has been employed
5  with OfficeMax since May 6, 2004. Mr. Bustamante supervised Mr. Minter at both stores
6  at which Mr. Minter was employed in southern California. Also at Mr. Minter's current
7  store (store #628), Mr. Minter's Assistant Store Manager for Logistics is Shannon
8  Madison. Mr. Bustamante and Mr. Madison each continue to work at store #628 in
9  Orange County, California.

10     15.    During portions of the time that Mr. Minter has been employed at store
11 #628, including through present day, six other supervisors have also worked there, three
12 of whom are still employed by OfficeMax in southern California. For the remaining three
13 supervisors who have separated from OfficeMax, their last known addresses were in
14 southern California. Also, during Mr. Minter's employment at that store, approximately
15 27 employees have been employed in a non-supervisory or non-managerial position.

16     16.    Both of the stores at which Mr. Minter worked report to District Manager
17 Randy Harrison. Mr. Harrison has been employed with OfficeMax since December 21,
18 1998 and has been the District Manager for these stores since January 20, 2003.
19 Mr. Harrison's base store is #610, located in Orange County at 13742 Jamboree Road,
20 Irvine, CA 92602. Mr. Harrison also resides in Orange County.

21     17.    In his capacity as District Manager, Mr. Harrison is responsible for, among
22 other things, considering stores' staffing needs, ensuring stores are operated correctly, and
23 ensuring that OfficeMax's policies and procedures are being followed and enforced.
24 Mr. Harrison visits each store in his district approximately once per month. Individual
25 employees are able to - and do - voice complaints or concerns directly to Mr. Harrison.

26     18.    Rhonda Lundberg is the current Market Training Manager for the southern
27 California market. Ms. Lundberg is based out of Garden Grove, Orange County,
28 California and also resides in Orange County, California. Ms. Lundberg has relevant

information on training and orientation for new store management and supervisors, as well as ongoing trainings for all associates, regarding OfficeMax's policies including those on wage payment, time recording, rest breaks, and meal periods.

19. The named plaintiff in *Gonzalez v. OfficeMax North America, Inc.*, Case No. 07CC01228 (Mauricio Gonzalez) was hired by OfficeMax on October 22, 1996 at store #606, which is now closed. On July 29, 2001, Mr. Gonzalez transferred to store #610, located in Orange County at 13742 Jamboree Road, Irvine, CA 92602, and worked there for the remainder of his employment. OfficeMax's personnel records indicate that Mr. Gonzalez separated from OfficeMax on October 29, 2006 due to "job abandonment." OfficeMax's personnel records indicate that Mr. Gonzalez's last known address was also in Orange County, California.

20. The evidence and witnesses relevant to Mr. Gonzalez's lawsuit will be generated, in large measure, from the store in Orange County at which he worked during the time periods relevant to his lawsuit and from the management and human resource divisions of OfficeMax that were responsible for the oversight of those stores—all located in southern California. Randy Harrison is the District Manager who is responsible for the store at which Mr. Gonzalez worked. I am the Field Human Resources Manager responsible for the store at which Mr. Gonzalez worked and will have knowledge and information regarding the policies applicable to the store as well as specific information regarding Mr. Gonzalez's allegations because I was tasked with investigating a complaint by Mr. Gonzalez relevant to his lawsuit's allegations in Irvine, California.

I declare under penalty of perjury of the laws of the state of California and the United States that the foregoing is true and correct.

Executed at Santa Clarita, CA this 10 day of May, 2007.

_____
Kathy Powell