1  WILLIAM P. KANNOW, Bar No. 71409
   wkannow@perkinscoie.com
2  PERKINS COIE LLP
   1620 26th Street
3  Sixth Floor, South Tower
   Santa Monica, CA  90404-4013
4  Telephone:  310.788.9900
   Facsimile:  310.788.3399
5
   Attorneys for Defendants
6  OFFICEMAX INCORPORATED, a Delaware
   corporation, and OFFICEMAX NORTH AMERICA,
7  INC., an Ohio corporation

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   | WILLIAM MINTER, JR., individually and on behalf of all those similarly situated, | Case No. C07-02399 BZ |
   |---|---|
   | Plaintiff, | DECLARATION OF WILLIAM P. KANNOW IN SUPPORT OF MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION) PURSUANT TO 28 U.S.C. 1404(a) |
   | v. | |
   | OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, | DATE:   June 20, 2007<br>TIME:   10:00 a.m.<br>CTRM:   G |
   | Defendants. | |

LEGAL13228742.1

Declaration of William P. Kannow in
Support of Motion to Transfer
Case No. C07-02399 BZ

# DECLARATION OF WILLIAM P. KANNOW

I, William P. Kannow, do hereby affirm and declare as follows:

1. I am an attorney, and a member in good standing of the California Bar and am admitted to practice before this District Court. I have personal knowledge of the facts set forth below, and if called as a witness could competently testify thereto.

2. My office address is located within the Central District at 1620 26th St, 6th Floor, Santa Monica, CA, 90404. Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Removal filed by OfficeMax North America, Inc. with the United States District Court for the Central District (Southern Division) of California in the *Mauricio Gonzalez, etc. et. al. vs. OfficeMax North America, Inc.*, bearing Case No. SACV0-452-JVS (MLGx). A copy of the Plaintiff's state court complaint is included as an exhibit to said Notice of Removal. This putative class action case is currently pending in said district, and has been assigned to Judge James V. Selna.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed this 10th day of May, 2007, at Santa Monica, California.

/s/ William P. Kannow
William P. Kannow

LEGAL13228742.1 -2- Declaration of William P. Kannow in Support of Motion to Transfer
Case No. C07-02399 BZ