1  WILLIAM P. KANNOW, Bar No. 71409
2  wkannow@perkinscoie.com
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
5  Telephone:  310.788.9900
   Facsimile:  310.788.3399
6
7  Attorneys for Defendants,
   OFFICEMAX INCORPORATED, a Delaware
8  corporation and OFFICEMAX NORTH AMERICA,
   INC., an Ohio corporation
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | WILLIAM MINTER, JR., individually | Case No. C07-02399 BZ
13 | and on behalf of all those similarly situated, |
14 |                          Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(a)
15 |       v. |
16 | OFFICEMAX, INC., a Delaware |
17 | corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a |
18 | Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; |
19 | and, DOES 1 through 500, inclusive, |
20 |                          Defendants. |
21

22     The Motion of Defendants, OfficeMax Incorporated and OfficeMax North

23  America, Inc. to transfer this matter, pursuant to 28 U.S.C. § 1404(a), to the United States

24  District Court for the Central District of California (Southern Division) came on regularly

25  for hearing before this court.

26
27     Following consideration of all papers filed in connection with this Motion, the

28  court finds:  (a) the Central District is a forum where this matter might have been brought

LEGAL13225868.1                          [Proposed] Order Granting Transfer
                                         Case No. C07-02399 BZ

1  within the meaning of 28 U.S.C. 1404(a); (b) Plaintiff, his counsel, and most of the
2  percipient California witnesses are located within the Central District; and (c) a
3  substantially similar - and previously filed - putative class action is currently pending in
4  the Central District's Southern Division.  Therefore,

5
6     IT IS HEREBY ORDERED that this case be transferred to the Clerk of the Central District (Southern Division) for all future proceedings.
7

8     DATED: _____, 2007

9

10                                                          _____
                                                            BERNARD ZIMMERMAN
11                                                          United States Magistrate Judge

LEGAL13225868.1                   -2-          [Proposed] Order Granting Transfer
                                                Case No. C07-02399 BZ