# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

William Minter, Jr.,

      Plaintiff(s).   No. C07-2399 BZ

  v.   NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Officemax, Inc., et al.,

      Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference set on **August 20, 2007** at **4:00 p.m.** is hereby **VACATED**. Defendant's Motion to Transfer Action to the Central District (Southern Division) set for **June 20, 2007** at **10:00 a.m.** is hereby **VACATED**.

Dated: May 14, 2007

Richard W. Wieking, Clerk
United States District Court

*Lashanda Scott*
_____
By: Lashanda Scott - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT