1  WILLIAM P. KANNOW, Bar No. 71409
   wkannow@perkinscoie.com
2  PERKINS COIE LLP
   1620 26th Street
3  Sixth Floor, South Tower
   Santa Monica, CA  90404-4013
4  Telephone:  310.788.9900
   Facsimile:  310.788.3399
5
   Attorneys for Defendants
6  OFFICEMAX INCORPORATED, a Delaware
   corporation, and OFFICEMAX NORTH AMERICA,
7  INC., an Ohio corporation

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | WILLIAM MINTER, JR., individually and on behalf of all those similarly situated, | Case No. C07-02399 SC |
| --- | --- |
|  | AMENDED NOTICE OF MOTION AND MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION) PURSUANT TO 28 U.S.C. 1404(a) |
| Plaintiff, | |
| v. | |
| OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, | DATE:       June 29, 2007
TIME:       10:00 a.m.
CTRM:     1 |
| Defendants. | |

20

21  TO THIS HONORABLE COURT AND TO PLAINTIFF, AND HIS ATTORNEYS OF

22  RECORD HEREIN:

23
        PLEASE TAKE NOTICE that on June 29, 2007, at 10:00 a.m., or as soon
24
   thereafter as the matter may be heard, in Courtroom 1 of the above-entitled court, located
25
   at 450 Golden Gate Avenue, San Francisco, California, the Defendants, OfficeMax
26
   Incorporated and OfficeMax North America, Inc. (hereinafter collectively "OfficeMax" or
27
   "Defendants") will, and do hereby, move the court for an Order transferring this action –
28

57187-0042/LEGAL13235248.1

Amended Notice Of Motion And Motion To Transfer Action To Central (Southern Dist.)
Case No. C07-03299  SC

1  pursuant to Title 28 U.S.C. 1404(a) – to the United States District Court for the Central
2  District (Southern Division) of California.

3  This Motion will be based on this Amended Notice, the previously filed and served
4  Memorandum of Fact and Law and supporting Declarations of Kathy Powell and William
5  P. Kannow,[1] in that the convenience of the parties and witnesses, and the interests of
6  justice, compel the transfer of this case to the Central District. Specifically, the named
7  Plaintiff (and his counsel) reside and work within said District; all known percipient
8  witnesses (other than from outside California) reside and work in said District; the situs of
9  relevant documentary evidence (other than that located outside California) is to be found
10 within said District; Defendants maintain local and regional offices within said District;
11 Defendants' counsel works and resides within said District; and a substantially similar (if
12 not identical) previously filed putative class action case is currently pending within said
13 District.

DATED: May 15, 2007

**PERKINS COIE LLP**

By: /s/ William P. Kannow
    William P. Kannow
Attorneys for Defendants
OFFICEMAX INCORPORATED and
OFFICEMAX NORTH AMERICA, INC.

---

[1] This Motion, together with its supporting papers, had previously been filed and served on May 11, 2007. The Motion was originally scheduled for hearing before Magistrate Judge Zimmerman. However, following the filing of Plaintiff's declination, that hearing was vacated, and this matter was reassigned to this court.

57187-0042/LEGAL13235248.1  -2-  Amended Notice Of Motion And Motion To Transfer Action To Central (Southern Dist.)
Case No. C07-03299 SC