WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants,
OFFICEMAX INCORPORATED, a Delaware
corporation and OFFICEMAX NORTH AMERICA,
INC., an Ohio corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. C07-02399 SC<br><br>[PROPOSED] ORDER GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(a) |

The Motion of Defendants, OfficeMax Incorporated and OfficeMax North America, Inc. to transfer this matter, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Central District of California (Southern Division) came on regularly for hearing before this court on June 29, 2007.

Following consideration of all papers filed in connection with this Motion, the court finds: (a) the Central District is a forum where this matter might have been brought

                                                Case No. C07-02399 SC

1  within the meaning of 28 U.S.C. 1404(a); (b) Plaintiff, his counsel, and most of the
2  percipient California witnesses are located within the Central District; and (c) a
3  substantially similar - and previously filed - putative class action is currently pending in
4  the Central District's Southern Division.  Therefore, for the convenience of the witnesses,
5  and in the interests of justice:

   IT IS HEREBY ORDERED that this case be transferred to the Clerk of the Central
District (Southern Division) for all future proceedings.

   DATED: _____, 2007

   _____
   SAMUEL CONTI
   Senior United States District Court Judge