WILLIAM P. KANNOW, Bar No. 71409
wkannow@perkinscoie.com
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
OFFICEMAX INCORPORATED, a Delaware corporation, and OFFICEMAX NORTH AMERICA, INC., an Ohio corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. C07-02399 SC<br><br>PROOF OF SERVICE |

57187-0042/LEGAL13240012.1

Proof of Service
Case No. C07-03299 SC

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 15, 2007, I served a true copy of the following documents: **(1)** Amended Notice of Motion and Motion to Transfer Action to the Central District (Southern Division) Pursuant to 28 U.S.C. 1404(a); and **(2)** [Proposed] Order Granting Motion to Transfer Pursuant to 28 U.S.C. 1404(a) on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**Attorney for Plaintiff**:
Steven D. Sperling, Esq.
Krutcik & Georggin
26021 Acero
Mission Viejo, CA 92691

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on May 15, 2007, at Santa Monica, California.

*/s/ Helen E. Mays*
Helen E. Mays

---