James A. Krutcik, Esq. (SBN 140550)
A. Nicholas Georggin, Esq. (SBN 170925)
Steven D. Sperling, Esq. (SBN 188709)
**KRUTCIK & GEORGGIN**
26021 Acero
Mission Viejo, CA 92691
(949) 367-8590;   (949) 367-8597 FAX

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually; and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION., a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive, <br><br> Defendants. | CASE NO. C 07-02399 SC <br><br> HON. SAMUEL CONTI <br><br> **NOTICE OF NON-OPPOSITION BY PLAINTIFF, WILLIAM MINTER, JR. TO DEFENDANTS' MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION)** |

Defendants, Officemax, Inc., Officemax, Inc., fka Boise Cascade Corp., and Boise Office Solutions (collectively "OFFICEMAX") currently has pending before this court a Motion To Transfer Action To The Central District (Southern Division) Pursuant to U.S.C. 1404(a), which is scheduled for hearing on June 29, 2007.

In accordance with Local Rule 7-3(b), Plaintiff, William Minter, Jr., individually and on behalf of all those similarly situated ("PLAINTIFFS"), hereby provides this Notice that the transfer of PLAINTIFFS' action to the United States District Court for the Central District of California (Southern Division) would best serve the convenience of the parties, witnesses, and efficient administration of

1

PLD4. Notice of Non-Opposition.wpd    Notice of Non-Opposition of Motion To Transfer Action To USDC, Central District (Southern Div.)

1  justice since there is a substantially similar and previously filed putative class action lawsuit already
2  pending in the Central District Court entitled *Mauricio Gonzalez v. OfficeMax North America, Inc.*, Case
3  No.: SACV07-452JVS(MLGx). Thus, PLAINTIFFS do not oppose said Motion.

DATED: June 18, 2007

**KRUTCIK & GEORGGIN**

By /s/ A. Nicholas Georggin

A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Attorneys for PLAINTIFF

2

PLD4. Notice of Non-Opposition.wpd    Notice of Non-Opposition of Motion To Transfer Action To USDC, Central District (Southern Div.)

## PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 26021 Acero, Mission Viejo, California 92691.

On June 18, 2007, I served the foregoing document described as **NOTICE OF NON-OPPOSITION BY PLAINTIFF, WILLIAM MINTER, JR. TO DEFENDANTS' MOTION TO TRANSFER ACTION TO THE CENTRAL DISTRICT (SOUTHERN DIVISION)** on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William P. Kannow, Esq.
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-9900
(310) 788-3399 - FAX

**Attorney for Defendants, OFFICEMAX INCORPORATED and OFFICEMAX NORTH AMERICAN, INC.**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2007 at Mission Viejo, California.

Kelly Dufourd