UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually and on behalf of those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION, a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>　　　　　　Defendants. | No. C-07-02399 SC<br><br>ORDER GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) |

　　　Defendants OfficeMax, Inc., and OfficeMax North America, Inc. moved the Court to transfer this matter to the United States District Court for the Central District of California (Southern Division), pursuant to 28 U.S.C. § 1404(a). See Docket No. 21. Plaintiff filed a Notice of Non-Opposition. See Docket No. 25.

　　　The Court finds that transferring the case would best serve the convenience of the parties, witnesses, and efficient administration of justice. Therefore, the Court GRANTS the motion and ORDERS that this case be transferred to the Clerk of the Central District of California (Southern Division) for all future proceedings.

　　　IT IS SO ORDERED.

　　　Dated: June 28, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE