1  James A. Krutcik, Esq. (SBN 140550)
   A. Nicholas Georggin, Esq. (SBN 170925)
2  Steven D. Sperling, Esq. (SBN 188709)
   **KRUTCIK & GEORGGIN**
3  26021 Acero
   Mission Viejo, CA 92691
4  (949) 367-8590;   (949) 367-8597 FAX

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MINTER, JR., individually; and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>OFFICEMAX, INC., a Delaware corporation; OFFICEMAX, INC. fka BOISE CASCADE CORPORATION., a Delaware corporation; BOISE OFFICE SOLUTIONS, corporate form unknown; and, DOES 1 through 500, inclusive,<br><br>　　　　Defendants. | CASE NO. C 07-02399 SC<br><br>HON. SAMUEL CONTI<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

Plaintiff, WILLIAM MINTER, JR., individually; and on behalf of all those similarly situated, hereby demands trial by jury in the above-referenced matter pursuant to Rule 38 of the Federal Rules of Civil Procedure. This demand for trial by jury does not waive Plaintiff's right to move to remand this matter to a state court.

DATED: July 12, 2007

　　　　　　　　　　　　　　　　　　　　**KRUTCIK & GEORGGIN**

　　　　　　　　　　　　　　　　　　　　By /s/ A. Nicholas Georggin
　　　　　　　　　　　　　　　　　　　　A. Nicholas Georggin, Esq.
　　　　　　　　　　　　　　　　　　　　Steven D. Sperling, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for PLAINTIFF

## PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 26021 Acero, Mission Viejo, California 92691.

On July 13, 2007, I served the foregoing document described as **PLAINTIFF'S DEMAND FOR JURY TRIAL** on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William P. Kannow, Esq.
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-9900
(310) 788-3399 - FAX

**Attorney for Defendants, OFFICEMAX INCORPORATED and OFFICEMAX NORTH AMERICAN, INC.**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 13, 2007 at Mission Viejo, California.

Jennifer Allison